UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Connecticut Parents Union, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-00247 (KAD) |
| | : | |
| v. | : | |
| Dianna Wentzell, et al., | : | |
|    Defendants. | : | March 26, 2019 |

## NOTICE OF RELATED CASE

Pursuant to Local Rule of Civil Procedure 40(b)(2), Defendants Dianna Wentzell, Allan Taylor, Ned Lamont, and William Tong hereby provide notice that the instant action is related to the earlier-filed action of *Lashawn Robinson, et al. v. Dianna Wentzell, et al.*, District of Connecticut, Case No.: 3:18-CV-00274-SRU, Judge Underhill presiding.

                                            DEFENDANTS
                                            DIANNA WENTZELL, ET AL.

                                            WILLIAM TONG
                                            ATTORNEY GENERAL

                        BY: /s/ Darren P. Cunningham
                                         Darren P. Cunningham
                                         Assistant Attorney General
                                         Federal Bar No. ct25380
                                         55 Elm Street. P.O. Box 120
                                         Hartford, CT  06141-0120
                                         Tel: (860) 808-5210
                                         Fax: (860)808-5385
                                         Darren.Cunningham@ct.gov

**<u>CERTIFICATION</u>**

      I hereby certify that on March 26, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            ___/s/ Darren P. Cunningham___
                                            Darren P. Cunningham
                                            Assistant Attorney General