UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONNECTICUT PARENTS UNION,

      Plaintiff,                    Case No. 3:19cv247 (SRU)

v.

DIANNA WENTZELL, ALLAN B. TAYLOR,
NED LAMONT AND WILLIAM TONG,

      Defendants.

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of Defendants' Motion to Dismiss (Doc. #31); and

The Court having considered the full record of the case including applicable principles of law, on May 26, 2020, entered a ruling granting the motion; it is therefore

ORDERED, ADJUDGED and DECREED that Judgment is entered for all named defendants against the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 27th day of May, 2020.

                                                ROBIN D. TABORA, CLERK

                                                By:  /s/
                                                      Susan Imbriani
                                                      Deputy Clerk

EOD: 5/27/20