# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT PARENTS UNION**,<br><br>    Plaintiff,<br><br>    v.<br><br>**MIGUEL A. CARDONA**,[1] in his capacity as Commissioner, Connecticut State Department of Education; **ALLAN B. TAYLOR**, in his official capacity as Chairperson of the Connecticut State Department of Education's Board of Education; **NED LAMONT**, in his official capacity as Governor of Connecticut; **WILLIAM TONG**, in his official capacity as Connecticut Attorney,<br><br>    Defendants. | Civil Action No. 3:19-cv-00247-SRU<br><br>**Notice of Appeal** |

Notice is hereby given that Connecticut Parents Union, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this case on the 27th day of May, 2020.

DATED: June 23, 2020.                    Respectfully submitted,

                             /s/ *Oliver J. Dunford*
                             OLIVER J. DUNFORD*
                               Cal. Bar No. 320143
                               Fla. Bar No. 1017791
                             **PACIFIC LEGAL FOUNDATION**

---

[1] This lawsuit was originally brought against Dianna Wentzell, in her official capacity as Commissioner of the Connecticut Department of Education. The current commissioner is Dr. Miguel A. Cardona. Pursuant to Federal Rule of Civil Procedure 25(d), Dr. Cardona was automatically substituted for Dr. Wentzell as a party.

- 1 -

4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
561.691.5000
  ODunford@pacificlegal.org

JOSHUA P. THOMPSON*
  Cal. Bar No. 250955
**PACIFIC LEGAL FOUNDATION**
930 G Street
Sacramento, CA 95814
916.419.7111 (Telephone)
916.419.7747 (Fax)
  JThompson@pacificlegal.org

*Counsel for Plaintiff*

**\*** *Admitted Pro Hac Vice*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Oliver J. Dunford*
OLIVER J. DUNFORD

*Counsel for Plaintiff*